UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donna C. Duffy, as trustee for the heirs and next of kin of Ashley Elizabeth Duffy,

Plaintiff,

v.

Johnson & Johnson and Janssen Pharmaceutical, Inc.,

Defendant.

Civil 00-2362 JMR/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Oct. 24, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED OCT 25 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ____

Please use

new case number

00-2362 JMR/JGL