UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Action No. 00-2362 JMR/~~FLN~~ JGL

DONNA C. DUFFY, as Trustee for the heirs and next of kin of Ashley Elizabeth Duffy,

Plaintiff,

v.

JOHNSON & JOHNSON and JANSSEN PHARMACEUTICA, INC.,

Defendants.

**STIPULATION AND ORDER OF EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendant Johnson & Johnson to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended until the Conditional Transfer Order to MDL-1355 becomes final and until the responsive pleading deadline is established by the MDL court as directed under the MDL Pretrial Order No. 1. This Stipulation and Order is without prejudice to further negotiations and/or further applications to the Court regarding an additional extension of time to answer or otherwise plead in response to the Complaint.

**ZIMMERMAN REED, P.L.L.P.**

[signature] 11/14/00

Ronald Goldser, #35932
901 North Third Street
Suite 100
Minneapolis, MN 55401
(612) 341-0400
**Attorney for Plaintiff**

**FAEGRE & BENSON LLP**

[signature] Sonia Miller-Van Oort

Joseph M. Price, ## 88201
Sonia Miller-Van Oort, #278087
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 336-3000
**Attorneys for Defendants**

FILED NOV 15 2000

Judith L. Emmings
SIEBEN GROSE VON HOLTUM & CAREY LTD.
P.O. Box 549
Fairfax, MN 55332-0549
(612) 333-4500

SO ORDERED:

____________________________________

[illegible]DOFF
United States Magistrate Judge

M2:20349158.01