A CERTIFIED TRUE COPY

DEC 13 2000

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 18 PM 2:28

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2000

FILED
CLERK'S OFFICE

*DOCKET NO. 1355*

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PROPULSID PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE )***

D.mn
00-2362
JMR/JGL

***CONDITIONAL TRANSFER ORDER (CTO-6)***

On August 7, 2000, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 25 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 7, 2000, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

CLERK'S OFFICE
A TRUE COPY
DEC 18 2000
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 13 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 26 2000

___Fee
___Process
X Dktd
___CtRmDep
Doc.No. 96

SECT. L MAG 3

# SCHEDULE CTO-6 TAG ALONG CASES
# DOCKET NO. 1355
# IN RE PROPULSID PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | | |
|---|---|---|---|---|
| GEORGIA NORTHERN | | | | |
| GAN | 1 | 00-2773 | Loftin v. Johnson & Johnson Co., et al. | 00-3707 |
| LOUISIANA MIDDLE | | | | |
| LAM | 3 | 00-758 | Thompson, et al. v. Johnson & Johnson, et al. | 00-3708 |
| LAM | 3 | 00-842 | Fayard v. Johnson & Johnson, et al. | 00-3709 |
| MINNESOTA | | | | |
| MN | 0 | 00-2362 | Duffy, etc. v. Johnson & Johnson, et al. | 00-3710 |
| PUERTO RICO | | | | |
| PR | 3 | 00-2328 | Cruz, et al. v. Johnson & Johnson, et al. | 00-3711 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 CAMP ST., ROOM C-151
NEW ORLEANS, LA 70130

December 18, 2000

RECEIVED
DEC 20 2000
CLERK U.S. DIST COURT
ST. PAUL, MN

Francis E. Dosal, Clerk
United States District Court
District of Minnesota
708 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

JMR/JGL

In Re: MDL 1355/ In Re Propulsid Products L (3)

Your Case No. C.A. 00-2362 Duffy, et al v. Johnson & Johnson, et al.
Our Case No. C.A. 00-3710 L (3)

Dear Francis E. Dosal:

Enclosed is a certified copy of a transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case listed above be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible.

Our office has assigned a new civil action number to this case as referenced above. Please include a copy of this letter with your case when transferring same to this office. Your prompt attention in this matter is greatly appreciated.

Very truly yours,
Loretta G. Whyte, Clerk

By Stephanie Kall
Deputy Clerk

Enclosures

cc: Judicial Panel on Multidistrict Litigation